IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX BAILEY,

        Plaintiff,                                No. CIV S-08-2410 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        ORDER TO SHOW CAUSE

        Defendant.

_____/

        On November 5, 2008, the court issued a scheduling order and an order re consent or request for reassignment. The orders were accompanied by a form titled "Consent to Assignment or Request for Reassignment," which allows a party to consent to proceed before a United States Magistrate Judge, or request reassignment of the case to a United States District Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the "Order Re Consent or Request for Reassignment," all parties were required to execute the form and return it to the Clerk of the Court within ninety days after the order was issued. The Local Rules also required plaintiff to serve a copy of these documents on all parties to the action and file a proof of service with the court. See L.R., App. A(j). The required time has now expired and plaintiff has not returned the necessary form to the court.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2  writing within ten days why the necessary document has not been filed with the court.  The filing
3  by plaintiff of an executed "Consent to Assignment or Request for Reassignment" form will be
4  deemed compliance with this order.
5  DATED: February 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
bailey2410.osc.form

2